IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRELL BERINGER,<br>　　Plaintiff,<br><br>v.<br><br>NELSON, WATSON &<br>ASSOCIATES, LLC,<br>　　Defendant. | :<br>:<br>:  CIVIL ACTION FILE<br>:<br>:  NO. 1: 08-CV-1787-CC-LTW<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice as to all claims.

Respectfully submitted,

**THE LAW OFFICE OF KRIS SKAAR, P.C.**

by:　　／s／ Kris Skaar
　　　　Kris Skaar
　　　　Attorney for Plaintiff
　　　　Georgia Bar No. 649610

P.O. Box 1478 ❗ Marietta, GA 30061-1478
331 Washington Avenue ❗ Marietta, GA 30060
voice (770) 427 - 5600 ❗ fax (770) 427 - 9414
krisskaar@aol.com